# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00256-CR

**Randall Preston McCallum, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT
### NO. CR88-0371-B, HONORABLE ROYAL HART, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Randall Preston McCallum seeks to appeal from his December 1988 conviction for unauthorized use of a motor vehicle. The pro se notice of appeal was filed on March 18, 2003, over fourteen years too late. *See* Tex. R. App. P. 26.2(a). We lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998). The appeal is dismissed.

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed

Filed: May 30, 2003

Do Not Publish